UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| MELISSA LYNN STAMPER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7: 16-036-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | **JUDGMENT** |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure, and pursuant to 42 U.S.C. § 405(g), it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. The final administrative decision of the Defendant is **AFFIRMED**.

2. Judgment is entered in favor of Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, with respect to all issues raised in this civil action.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 28th day of September, 2016.



Signed By:
Danny C. Reeves   DCR
United States District Judge